# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. SIMPSON, ) | Case No. CV 05-3919-JTL |
| ) | |
| Plaintiff, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner, and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: May 23, 2006

                                            /s/
                                  JENNIFER T. LUM
                                  UNITED STATES MAGISTRATE JUDGE